McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

**Sep 18, 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | ORDER TO UNSEAL SEARCH WARRANTS; |
| THE PERSON OF MICHAEL GARCIA, DOB XX/XX/1988 | 2:20-SW-0812-CKD |
| THE PERSON OF NANCY DALILA ESCOBAR GARCIA, DOB XX/XX/1989 | 2:20-SW-0813-CKD |
| THE PERSON OF GONZALO RUIZ GARCIA, DOB XX/XX/1965 | 2:20-SW-0814-CKD |
| THE PERSON OF TYLOR JEFFERY COMBS, DOB XX/XX/1980 | 2:20-SW-0815-CKD |
| THE PERSON OF DALE ALAN DOUGLAS, JR, DOB XX/XX/1990 | 2:20-SW-0816-CKD |
| THE PERSON OF KING JAMES BERBERAN MIRANDA, DOB XX/XX/1988 | 2:20-SW-0817-CKD |
| 1 TRISTAN CIRCLE, SACRAMENTO, CA 95823 | 2:20-SW-0818-CKD |
| 4325 SAN JUAN AVENUE, FAIR OAKS, CA 95628 | 2:20-SW-0819-CKD |
| 3650 TALLYHO DRIVE, APT 16, SACRAMENTO, CA 95826 | 2:20-SW-0820-CKD |

**ORDER TO UNSEAL**

Upon application of the United States of America and good cause having been shown,

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: 9/18/2020

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS